**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04054-TAB |
| | § | |
| SUSAN A BRIMER | § | |
| JOHN F BRIMER, Jr. | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/11/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/14/2012                    By:  /s/ David P. Leibowitz
                                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 11-04054-TAB |
|---|---|---|
| | § | |
| SUSAN A BRIMER | § | |
| JOHN F BRIMER, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $100,000.00
*and approved disbursements of* $56,215.14
*leaving a balance on hand of[1]:* $43,784.86

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $43,784.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $7,500.00 | $0.00 | $7,500.00 |
| David P. Leibowitz, Trustee Expenses | $4.85 | $0.00 | $4.85 |
| Lakelaw, Attorney for Trustee Fees | $5,557.00 | $0.00 | $5,557.00 |
| Lakelaw, Attorney for Trustee Expenses | $55.66 | $0.00 | $55.66 |

Total to be paid for chapter 7 administrative expenses: $13,117.51
Remaining balance: $30,667.35

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | | |
|---|---:|---:|
| Total to be paid to prior chapter administrative expenses: | | $0.00 |
| Remaining balance: | | $30,667.35 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | | |
|---|---:|---:|
| Total to be paid to priority claims: | | $0.00 |
| Remaining balance: | | $30,667.35 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,694.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Commonwealth Edison Company | $1,204.01 | $0.00 | $1,204.01 |
| 2 | Illinois Title Loans, Inc | $3,871.72 | $0.00 | $3,871.72 |
| 3 | Chase Bank USA, N.A. | $6,618.38 | $0.00 | $6,618.38 |

| | | |
|---|---:|---:|
| Total to be paid to timely general unsecured claims: | | $11,694.11 |
| Remaining balance: | | $18,973.24 |

Tardily filed claims of general (unsecured) creditors totaling $11,963.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 4 | Capital One Bank (USA), N.A | $9,479.63 | $0.00 | $9,479.63 |
| 5 | Short Term Loans, LLC | $1,825.60 | $0.00 | $1,825.60 |
| 6 | FIA CARD SERVICES, N.A | $658.39 | $0.00 | $658.39 |

Total to be paid to tardily filed general unsecured claims: $11,963.62
Remaining balance: $7,009.62

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $7,009.62

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $7,009.62.

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-04054-TAB
Susan A Brimer                                                        Chapter 7
John F Brimer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 3              Date Rcvd: Aug 15, 2012
                              Form ID: pdf006            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2012.
db/jdb      +Susan A Brimer,   John F Brimer, JR,   2811 Dunstan Way,   Las Vegas, NV 89123-6506
aty         +Lakelaw,   420 W. Clayton Street,   Waukegan, IL 60085-4216
16751610    +Advocate Lutheran General Hospital,   1775 W. Dempster,   Park Ridge, IL 60068-1174
16751613     Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
16751614     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
16751615    +Chase,   PO Box 15548,   Wilmington, DE 19886-5548
17536421     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16751616    +Check Into Cash of Illinois, Inc.,   781 W. Golf Rd.,   Des Plaines, IL 60016-2414
16751618     Dynamic Recovery Solutions,   PO Box 25759,   Greenville, SC 29616-0759
19150937     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
16751619   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   MD 1MOC2G-4050,   38 Fountain Square Plaza,
              Cincinnati, OH 45263)
16751620     Firestone,   P.O. Box 81410,   Cleveland, OH 44181-0410
16751621     Global Credit Collection Corp,   Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
17531601    +Illinois Title Loans, Inc,   c/o The Salkin Law Firm, P.A.,   1776 N. Pine Island Road, Suite 218,
              Plantation, FL 33322-5223
16751623    +Illinois Title Loans, Inc,   822 W. Northwest Hwy,   Arlington Heights, IL 60004-5344
16751624    +Lakeview Family Doctors,   650 W. Algonquin Rd.,   Des Plaines, IL 60016-5768
16751625    +Mario Gambino & Sons Lanscaping,   c/o Activity Collection Services, I,   664 Milwaukee Ave.,
              Prospect Heights, IL 60070-2300
16751626    +Pierce and Assoc.,   One N. Dearborn St,   Suite 1300,   Chicago, IL 60602-4373
16751627    +Primary Financial Services,   3115 North 3rd Avenue,   Suite 112,   Phoenix, AZ 85013-4359
16751629    +St. Zachary Catholic school,   567 W. Algonquin Rd,   Des Plaines, IL 60016-5799
16751630     Wells Fargo Card Services,   P.O. Box 30086,   Los Angeles, CA 90030-0086
16751631    +Wells Fargo Home Mortgage,   3480 Stateview Blvd., MAC X7802-03H,   Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16751611    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 16 2012 00:12:19     Asset Acceptance,
              PO Box 2036,   Warren, MI 48090-2036
19078067     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2012 03:01:28     Capital One Bank (USA), N.A.,
              PO Box 248839,   Oklahoma City, OK  73124-8839
16751617    +E-mail/Text: legalcollections@comed.com Aug 16 2012 00:14:15     ComEd,
              Customer Correspondence Group,   PO Box 87522,   Chicago, IL 60680-0522
17017708    +E-mail/Text: legalcollections@comed.com Aug 16 2012 00:14:15     Commonwealth Edison Company,
              3 Lincoln Center,   Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
16751622     E-mail/Text: Bankruptcy@icsystem.com Aug 16 2012 00:34:16     I.C. System, Inc.,
              444 Highway 96 East,   P.O. Box 64437,   Saint Paul, MN 55164-0437
16751628    +E-mail/Text: JIM@WSCEINC.COM Aug 16 2012 00:14:26     Short Term Loans, LLC,
              1400 E Touhy Ave #108,   Des Plaines, IL 60018-3338
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Daniel E Goodman
16751612        ##Bank Of America,   PO Box 15026,   Wilmington, DE 19850-5026
                                                                                               TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: tmaurer              Page 2 of 3              Date Rcvd: Aug 15, 2012
                               Form ID: pdf006            Total Noticed: 28

                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2012**          **Signature:**   /s/ Joseph Speetjens

```
District/off: 0752-1           User: tmaurer              Page 3 of 3                   Date Rcvd: Aug 15, 2012
                               Form ID: pdf006            Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2012 at the address(es) listed below:
          Dana N O'Brien    on behalf of Creditor  Wells Fargo Bank, N.A. dobrien@atty-pierce.com,
           northerndistrict@atty-pierce.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz    on behalf of Trustee David Leibowitz dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Penelope N Bach    on behalf of Debtor Susan Brimer pnbach@bachoffices.com,
           paul@bachoffices.com;bachecf@gmail.com
                                                                                                                         TOTAL: 5