**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04054-TAB |
| | § | |
| SUSAN A BRIMER | § | |
| JOHN F BRIMER, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $237,339.00 | Assets Exempt: | $47,711.00 |
| Total Distributions to Claimants: | $30,231.82 | Claims Discharged Without Payment: | $15,466.51 |
| Total Expenses of Administration: | $47,494.10 | | |

3) Total gross receipts of $100,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $22,274.08 (see **Exhibit 2**), yielded net receipts of $77,725.92 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $239,600.00 | $6,474.84 | $6,474.84 | $6,474.84 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $19,930.13 | $19,930.13 | $47,494.10 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $47,000.01 | $23,657.73 | $23,657.73 | $23,756.98 |
| **Total Disbursements** | $286,600.01 | $50,062.70 | $50,062.70 | $77,725.92 |

4). This case was originally filed under chapter 7 on 01/31/2011. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/17/2012</u>          By:  <u>/s/ David P. Leibowitz</u>
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| personalinjury claim against Timothy Ball and Andrea Sklodowski-Ball | 1129-000 | $100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Susan Brimer | Exemptions | 8100-002 | $15,000.00 |
| BRIMER, SUSAN A AND BRIMER, Jr., JOHN F | Surplus Funds | 8200-002 | $7,274.08 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$22,274.08** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank | 4110-000 | $7,600.00 | NA | $0.00 | $0.00 |
| | Northwest Community Hospital | 4120-000 | NA | $6,474.84 | $6,474.84 | $6,474.84 |
| | Wells Fargo Home Mortgage | 4110-000 | $232,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$239,600.00** | **$6,474.84** | **$6,474.84** | **$6,474.84** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $7,136.29 | $7,136.29 | $7,136.29 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.85 | $4.85 | $4.85 |
| Green Bank | 2600-000 | NA | $116.29 | $116.29 | $116.29 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $5,557.00 | $5,557.00 | $5,557.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $55.66 | $55.66 | $55.66 |
| Law Office of Daniel E. Goodman LLC, | 3210-600 | NA | $7,060.04 | $7,060.04 | $34,624.01 |

| | | | | | |
|---|---|---|---|---|---|
| Special Counsel for Trustee | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $19,930.13 | $19,930.13 | $47,494.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | $952.81 | $1,204.01 | $1,204.01 | $1,204.01 |
| 2 | Illinois Title Loans, Inc | 7100-000 | $5,589.00 | $3,871.72 | $3,871.72 | $3,871.72 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $13,519.79 | $6,618.38 | $6,618.38 | $6,618.38 |
| 4 | Capital One Bank (USA), N.A | 7200-000 | $8,946.12 | $9,479.63 | $9,479.63 | $9,479.63 |
| 5 | Short Term Loans, LLC | 7200-000 | $1,847.69 | $1,825.60 | $1,825.60 | $1,825.60 |
| 6 | FIA CARD SERVICES, N.A | 7200-000 | $678.09 | $658.39 | $658.39 | $658.39 |
| | Capital One Bank (USA), N.A | 7990-000 | $0.00 | $0.00 | $0.00 | $39.77 |
| | Chase Bank USA, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $27.77 |
| | Commonwealth Edison Company | 7990-000 | $0.00 | $0.00 | $0.00 | $5.05 |
| | FIA CARD SERVICES, N.A | 7990-000 | $0.00 | $0.00 | $0.00 | $2.76 |
| | Illinois Title Loans, Inc | 7990-000 | $0.00 | $0.00 | $0.00 | $16.24 |
| | Short Term Loans, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $7.66 |
| | Advocate Lutheran General Hospital | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $1,199.00 | NA | NA | $0.00 |
| | Check Into Cash of Illinois, Inc. | 7100-000 | $1,386.87 | NA | NA | $0.00 |
| | Dynamic Recovery Solutions | 7100-000 | $71.84 | NA | NA | $0.00 |
| | Firestone | 7100-000 | $1,397.60 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Lakeview Family Doctors | 7100-000 | $55.00 | NA | NA | $0.00 |
| | Mario Gambino & Sons Lanscaping | 7100-000 | $300.00 | NA | NA | $0.00 |
| | St. Zachary Catholic school | 7100-000 | $2,785.08 | NA | NA | $0.00 |
| | St. Zachary Catholic school | 7100-000 | $832.00 | NA | NA | $0.00 |
| | Wells Fargo Card Services | 7100-000 | $7,439.12 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $47,000.01 | $23,657.73 | $23,657.73 | $23,756.98 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 11-04054-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BRIMER, SUSAN A AND BRIMER, Jr., JOHN F | Date Filed (f) or Converted (c): | 01/31/2011 (f) |
| For the Period Ending: | 12/17/2012 | §341(a) Meeting Date: | 03/22/2011 |
| | | Claims Bar Date: | 09/19/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  1824 W. Magnolia Lane, Mount Prospect Illinois | $268,000.00 | $6,000.00 | | $0.00 | FA |
| 2  Cash on Hand | $50.00 | $0.00 | | $0.00 | FA |
| 3  Checking Account - Chase | $25.00 | $0.00 | | $0.00 | FA |
| 4  Chase - Checking with Debtor's Mother | $200.00 | $0.00 | | $0.00 | FA |
| 5  Household Goods and Furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 6  Wearing Apparel | $600.00 | $0.00 | | $0.00 | FA |
| 7  Term Life Insurance through employment -- no cash value | $0.00 | $0.00 | | $0.00 | FA |
| 8  401(k) - Fidelity (was borrowed against in 2010 -- value was 7,000.00) | $0.00 | $0.00 | | $0.00 | FA |
| 9  Illinois Drivers License | $0.00 | $0.00 | | $0.00 | FA |
| 10  Insurance Agent | $0.00 | $0.00 | | $0.00 | FA |
| 11  2006 Buick Lucerne (104,000 miles) | $8,750.00 | $1,150.00 | | $0.00 | FA |
| 12  Jeep Liberty 2002 (99,000 miles) | $5,925.00 | $0.00 | | $0.00 | FA |
| 13  personal injury claim against Timothy Ball and Andrea Sklodowski-Ball | $0.00 | $85,000.00 | | $100,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                     **Gross Value of Remaining Assets**

                                     $285,050.00          $92,150.00                            $100,000.00        $0.00

**Major Activities affecting case closing:**
    Personal Injury case pending. Motion to approve settlement filed
    Ready for TFR - Check claims
    Prepare TDR

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2012 | DAVID LEIBOWITZ |

| Case No. | 11-04054-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BRIMER, SUSAN A AND BRIMER, Jr., JOHN F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9232 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | ******9233 | Account Title: | |
| For Period Beginning: | 1/31/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | $50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2012 | (13) | State Farm Mutual Automobile Insurance | First settlement payment. | 1129-000 | $20,000.00 | | $20,000.00 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.08 | $19,997.92 |
| 02/15/2012 | 3001 | Law Office of Daniel E. Goodman LLC | Compensation per Court Order Entered 2/14/2012. | 3210-600 | | $6,666.66 | $13,331.26 |
| 02/15/2012 | 3002 | Law Office of Daniel E. Goodman LLC | Expenses per Court Order Entered 2/14/2012. | 3210-600 | | $393.38 | $12,937.88 |
| 02/15/2012 | 3003 | Northwest Community Hospital | Payment per Court Order entered on 1/11/2012 | 4120-000 | | $75.00 | $12,862.88 |
| 02/15/2012 | 3004 | Advocate Lutheran General Hospital | Payment per Court Order entered on 1/11/2012 | 4120-000 | | $1,666.50 | $11,196.38 |
| 02/15/2012 | 3005 | Blue Cross/Blue Shield of Illinois | Payment per Court Order entered on 1/11/2012 | 4120-000 | | $4,733.34 | $6,463.04 |
| 02/15/2012 | 3006 | Susan Brimer | Partial payment of Exemptions per Court Order entered on 1/11/2012 | 8100-002 | | $4,828.20 | $1,634.84 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.48 | $1,609.36 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.01 | $1,605.35 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.42 | $1,602.93 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.58 | $1,600.35 |
| 06/06/2012 | (13) | National Insurance | | 1129-000 | $80,000.00 | | $81,600.35 |
| 06/06/2012 | 3007 | Susan Brimer | Final payment on exemptions claimed RE: Personal Injury Case. | 8100-002 | | $10,171.80 | $71,428.55 |
| 06/06/2012 | 3008 | Law Office of Daniel E. Goodman LLC | Attorney Fees pursuant to Court order entered on 06/05/2012. | 3210-600 | | $26,666.66 | $44,761.89 |
| 06/06/2012 | 3009 | Law Office of Daniel E. Goodman LLC | Expenses Pursuant to Court Order Entered on 6/05/2012. | 3210-600 | | $897.31 | $43,864.58 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $79.72 | $43,784.86 |
| 09/19/2012 | 3010 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $7,136.29 | $36,648.57 |
| 09/19/2012 | 3011 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.85 | $36,643.72 |
| 09/19/2012 | 3012 | Lakelaw | Claim #: ; Amount Claimed: 5,557.00; Amount Allowed: 5,557.00; Distribution Dividend: 100.00; | 3110-000 | | $5,557.00 | $31,086.72 |
| 09/19/2012 | 3013 | Lakelaw | Claim #: ; Amount Claimed: 55.66; Amount Allowed: 55.66; Distribution Dividend: 100.00; | 3120-000 | | $55.66 | $31,031.06 |
| 09/19/2012 | 3014 | Commonwealth Edison Company | Claim #: 1; Amount Claimed: 1,204.01; Amount Allowed: 1,204.01; Distribution Dividend: 100.00; | * | | $1,209.06 | $29,822.00 |
| | | | Claim Amount $(1,204.01) | 7100-000 | | | $29,822.00 |
| | | | Interest $(5.05) | 7990-000 | | | $29,822.00 |

**SUBTOTALS** $100,000.00 $70,178.00

Page No: 2
Exhibit 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case 11-04054   Doc 55   Filed 12/18/12   Entered 12/18/12 12:21:31   Desc Main
Document   Page 8 of 9

| Case No. | 11-04054-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BRIMER, SUSAN A AND BRIMER, Jr., JOHN F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9232 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | ******9233 | Account Title: | |
| For Period Beginning: | 1/31/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | $50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ / Disbursement $ | Balance |
| 09/19/2012 | 3015 | Illinois Title Loans, Inc | Claim #: 2; Amount Claimed: 3,871.72; Amount Allowed: 3,871.72; Distribution Dividend: 100.00; | * | $3,887.96 | $25,934.04 |
| | | | Claim Amount $(3,871.72) | 7100-000 | | $25,934.04 |
| | | | Interest $(16.24) | 7990-000 | | $25,934.04 |
| 09/19/2012 | 3016 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 6,618.38; Amount Allowed: 6,618.38; Distribution Dividend: 100.00; | * | $6,646.15 | $19,287.89 |
| | | | Claim Amount $(6,618.38) | 7100-900 | | $19,287.89 |
| | | | Interest $(27.77) | 7990-000 | | $19,287.89 |
| 09/19/2012 | 3017 | Capital One Bank (USA), N.A | Claim #: 4; Amount Claimed: 9,479.63; Amount Allowed: 9,479.63; Distribution Dividend: 100.00; | * | $9,519.40 | $9,768.49 |
| | | | Claim Amount $(9,479.63) | 7200-000 | | $9,768.49 |
| | | | Interest $(39.77) | 7990-000 | | $9,768.49 |
| 09/19/2012 | 3018 | Short Term Loans, LLC | Claim #: 5; Amount Claimed: 1,825.60; Amount Allowed: 1,825.60; Distribution Dividend: 100.00; | * | $1,833.26 | $7,935.23 |
| | | | Claim Amount $(1,825.60) | 7200-000 | | $7,935.23 |
| | | | Interest $(7.66) | 7990-000 | | $7,935.23 |
| 09/19/2012 | 3019 | FIA CARD SERVICES, N.A | Claim #: 6; Amount Claimed: 658.39; Amount Allowed: 658.39; Distribution Dividend: 100.00; | * | $661.15 | $7,274.08 |
| | | | Claim Amount $(658.39) | 7200-000 | | $7,274.08 |
| | | | Interest $(2.76) | 7990-000 | | $7,274.08 |
| 09/19/2012 | 3020 | BRIMER, SUSAN A AND BRIMER, Jr., JOHN F | Claim #: ; Amount Claimed: 7,274.08; Amount Allowed: 7,274.08; Distribution Dividend: 100.00; | 8200-002 | $7,274.08 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $100,000.00 | $100,000.00 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $100,000.00 | $100,000.00 | |
| | | **Less: Payments to debtors** | | $0.00 | $22,274.08 | |
| | | **Net** | | $100,000.00 | $77,725.92 | |

| For the period of 1/31/2011 to 12/17/2012 | | For the entire history of the account between 01/27/2012 to 12/17/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $100,000.00 | Total Compensable Receipts: | $100,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.00 | Total Comp/Non Comp Receipts: | $100,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $77,725.92 | Total Compensable Disbursements: | $77,725.92 |
| Total Non-Compensable Disbursements: | $22,274.08 | Total Non-Compensable Disbursements: | $22,274.08 |
| Total Comp/Non Comp Disbursements: | $100,000.00 | Total Comp/Non Comp Disbursements: | $100,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| **Case No.** | 11-04054-TAB | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | BRIMER, SUSAN A AND BRIMER, Jr., JOHN F | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9232 | **Checking Acct #:** | ******5401 |
| **Co-Debtor Taxpayer ID #:** | ******9233 | **Account Title:** | |
| **For Period Beginning:** | 1/31/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | **Separate bond (if applicable):** | $50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $100,000.00 | $100,000.00 | $0.00 |

**For the period of 1/31/2011 to 12/17/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $100,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $77,725.92 |
| Total Non-Compensable Disbursements: | $22,274.08 |
| Total Comp/Non Comp Disbursements: | $100,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/31/2011 to 12/17/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $100,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $77,725.92 |
| Total Non-Compensable Disbursements: | $22,274.08 |
| Total Comp/Non Comp Disbursements: | $100,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ